**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KWOK CHUEN LEUNG,<br><br>Petitioner,<br>v.<br><br>UNKNOWN,<br><br>Respondent. | Case No. 5:26-cv-01168-PA (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

The Court Clerk is directed to close the case.

DATED: August 31, 2026

PERCY ANDERSON
United States District Judge